IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| ILYA SIVCHUK | NO. 11-078-03 |

**ORDER**

**AND NOW**, this 12th day of June, 2012, upon careful consideration of the motion filed by defendant, Ilya Sivchuk, for a judgment of acquittal and new trial (document no. 105), the government's opposition thereto, and defendant's supplemental memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**. Sentencing is scheduled for July 12, 2012, at 10:00 A.M.

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge