IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

:

vs. **FILED** CRIMINAL NO. 11-782

ALLA SIVCHUK APR 0 2 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 1ST day of april, 2013, came the attorney for the Government and the defendant being present with counsel, and

[ ] The Court having granted the defendant's motion for judgment of acquittal as to:

[ ] A jury has been waived, and the Court has found the defendant not guilty as to:

[X] The jury has returned its verdict on November 7th, 2011, finding the defendant not guilty as to: 12s

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

Hon. William H. Yohn Jr., J.

cc: U.S. Marshal
    Probation Office
    Counsel

| 4/1/13 | tjm |
|---|---|
| Date | By Whom |

Cr 1 (4/2006)